UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRICETON BRANCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Civil No. 3:24-CV-00208-MC<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to:

- offer the Plaintiff an opportunity for a hearing and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this __30th__ day of __December__ 2024.

                                              _s/Michael J. McShane_
                                              UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

s/ JOANA GRETZ
Joana Gretz
Special Assistant United States Attorney
Attorneys for Defendant
(410) 965-4905